**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Charlottesville Division

| | | |
|---|---|---|
| **Theodore B. Gould,** | ) | |
| | ) | Case No. 3:15-cv-00038 |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Order** |
| | ) | |
| **United States of America; John Koskinen,** | ) | |
| **Commissioner of the I.R.S.; Loretta E.** | ) | By: Norman K. Moon |
| **Lynch, Attorney General** | ) | United States District Judge |
| | ) | |
| Defendants, | ) | |

This matter is before the Court on Plaintiff's Fed. R. Civ. P. 60(b)(6) Motion to Vacate Prior

Decisions (docket no. 11) and Defendant's Motion to Dismiss (docket no. 4). For the reasons set

forth in the accompanying memorandum opinion, this Court **DENIES** Plaintiff's Fed. R. Civ. P.

60(b)(6) Motion (docket no. 11) and **GRANTS** Defendants' Motion to Dismiss (docket no. 4).

The hearing originally schedule for November 20, 2015, at 11:00 a.m. is now unnecessary and

shall be canceled.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order to all

counsel of record and to strike this matter from the Court's docket.

ENTERED this __10th__ day of November, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE